IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-126-D

| | |
|---|---|
| ARCH INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PCL CIVIL CONTRACTORS, INC., )<br>PCL CONSTRUCTION ENTERPRISES, INC., )<br>and PCL CONSTRUCTIONS SERVICES, INC., )<br>)<br>Defendants. ) | **ORDER** |

On April 4, 2018, plaintiff sought leave to amend the complaint [D.E. 37]. See Fed. R. Civ. P. 15(a)(2). On April 25, 2018, defendants responded in opposition [D.E. 39]. On May 9, 2018, plaintiff replied [D.E. 40]. For good cause shown, the court grants plaintiff's motion to amend the complaint [D.E. 37]. Plaintiff shall file the amended complaint not later than June 1, 2018. Defendants may plead in response in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). Defendants' motion to dismiss [D.E. 24] is DENIED as moot.

SO ORDERED. This 22 day of May 2018.

JAMES C. DEVER III
Chief United States District Judge