# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Civil Action No. 4:17-cv-126-D

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PCL CIVIL CONSTRUCTORS, INC.,<br>PCL CONSTRUCTION ENTERPRISES,<br>INC. and PCL CONSTRUCTION<br>SERVICES, INC.<br><br>Defendants. | **ORDER** |

This matter comes before the Court on the parties' Third Joint Motion To Stay. Finding that good cause is shown and all parties consent, the Court grants the motion and orders that all proceedings and all decisions or rulings by the Court on defendants' motion to dismiss in this matter shall be stayed up to and including November 30, 2018.

So Ordered. This the **20** day of November, 2018.

JAMES C. DEVER III
United States District Judge